**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**SOUTHERN DIVISION**

IN RE:  CLAUDE VERNON SHROPSHIRE         *         NO. 08-10508
        Debtor                                              *         CHAPTER 13

## MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

Comes the Debtor, through counsel, to move this court to modify the confirmed Chapter 13 plan.  For cause, Debtor would show that he had expenses associated with his health and with repairs to his vehicle and fell behind on his plan payments.  He is drawing only disability income and has no means to cure the arrears on the plan.  He proposes to reduce the dividend to unsecured creditors and reduce his ongoing plan payments.  Wherefore Debtor requests that the confirmed plan be modified.

    Respectfully submitted:

    KENNETH C. RANNICK, P.C.

    /s/ LuAnn M. Whaley
    Kenneth C. Rannick, #11106
    LuAnn M. Whaley, #023085
    4416 Brainerd Road
    Chattanooga, TN 37411
    423-624-4002 telephone
    423-624-0509 facsimile
    rannick@lawyerchattanooga.com email

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of this motion has been served upon the parties listed below electronically or by placing the same in the U.S. Mail with sufficient postage thereupon to carry it to its destination, dated October 26, 2010.

    /s/ LuAnn M. Whaley
    Kenneth C. Rannick, #11106
    LuAnn M. Whaley, #023085

C. Kenneth Still, Trustee

Claude Vernon Shropshire
21 Shropshire Lane
Lafayette, GA 30728

Tax Commisioner - Walker County
101 Farris Street, P.O. Box 628
La Fayette, GA 30728-0628

Diagnostic Center
2205 McCallie Avenue
Chattanooga, TN 37404

Hutcheson Medical Center
Patient Accts/Bankruptcy
100 Gross Crescent Circle
Ft. Oglethorpe, GA 30742

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326

IRS
c/o U.S. Attorney
1110 Market Street, Ste. 301
Chattanooga, TN 37402

Lafayette Physical Therapy
c/o Physicians Business Bureau
620 Cherokee Blvd., Ste. 200
Chattanooga, TN 37405

Matthew H. Kodsi M.D.
721 Glenwoods Dr. Ste 467
Chattanooga, TN 37404

Memorial Hospital
2525 de Sales Avenue
Chattanooga, TN 37404

Parkridge Medical Center
Attn: Business Office
2333 McCallie Ave.
Chattanooga, TN 37404

Select Portfolio Servicing
P.O. Box 65450
Salt Lake City, UT 84165

Select Portfolio Servicing
c/o Richard Maner, Esq.
5775 Glenridge Drive
Bldg. D, Ste. 100
Atlanta, GA 30328

Vanderbilt Medical Group
P.O. Box 30196
Nashville, TN 37241-0196

Yium Shenouda Miller
PO Box 6186
Chattanooga, TN 37401